AO91 (Rev. 12/03)  Criminal Complaint                                                        AUSA

# UNITED  STATES  DISTRICT  COURT

Southern District Of Texas Brownsville Division

| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
|---|---|
| **vs.** | |
| Daniel AMEZQUITA-Perez<br>A201 524 305  Mexico | Case Number:  1:18-po-5760 |

I, the undersigned complainant state that the following is true and correct to the best of my

knowledge and belief.  On or about ___November 27, 2018___ in ___Cameron___ County, in

the ___Southern District Of Texas___ defendant(s)

being then and there an alien, did, willfully, knowingly and unlawfully enter the United States at a time or place other than designated by an Immigration Officer,

in violation of Title ___8___ United States Code, Section(s) ___1325(a)(1)___

I further state that I am a(n) ___Border Patrol Agent___ and that this complaint is based on the

following facts:

The defendant was apprehended in Brownsville, Texas on November 27, 2018. The defendant is a citizen of Mexico who entered the United States illegally by swimming across the Rio Grande River near Brownsville, Texas on November 27, 2018 thus avoiding immigration inspection.

Defendant had $190 Mexican pesos at time of apprehension.

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.

Continued on the attached sheet and made a part of this complaint:     ☐ Yes     ☒ No

/S/  Fayett, Bernardo I.  Border Patrol Agent
Signature of Complainant

Fayett, Bernardo I.    Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

November 29, 2018                                          at     Brownsville, Texas
Date                                                                            City/State

Ignacio Torteya III          U.S. Magistrate Judge
Name of Judge               Title of Judge                        Signature of Judge